IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00506-MSK-PAC

NORSYN, INC.,

    Plaintiff,

v.

BANK OF INDIA,
R.M. DESAI,
POHANI COMMERCIAL PURCHASING CORP.,
NARI C. POHANI,
CHARTER OAK ASSET MANAGEMENT, INC., and
ROBERT EASTON,

    Defendants.

## ORDER

THIS MATTER comes before the Court upon Plaintiff's Motion to Dismiss Unserved Defendants **(#30).** The Court being fully advised in the foregoing,

**ORDERS** that Plaintiff's Motion to Dismiss Unserved Defendants **(#30) is GRANTED** and Defendants R.M. Desai, Charter Oak Asset Management, and Robert Easton are dismissed herein without prejudice because Plaintiffs have been unable to locate and serve such Defendants. The caption shall be amended to omit these Defendants.

Dated this 1st day of September, 2006.

                                      **BY THE COURT:**

                                      Marcia S. Krieger
                                      United States District Judge