**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge O. Edward Schlatter**

**Civil Action No.: 06-cv-00506-MSK-PAC**       **FTR** - Reporter Deck - Courtroom A-501
**Date: January 11, 2007**                                    Courtroom Deputy, Ellen E. Miller

_____

NORSYN, INC.,                                                   James F. Donaldson

    **Plaintiff(s),**

v.

BANK OF INDIA,                                                Terrance D. Carroll
POHANI COMMERCIAL PURCHASING CORP.,    Andrew Berger (by telephone)
NARI C. POHANI,

    **Defendant(s).**
_____
**COURTROOM   MINUTES  /  MINUTE  ORDER**
_____

**HEARING:  MOTIONS  HEARING**
**Court in Session:**       10:28  a.m.
Court calls case.   Appearance of counsel.   Also present is Plaintiff representative, Collin Eidsness.
*Please note* that due to Magistrate Judge Coan's recent retirement, Magistrate Judge
O. Edward Schlatter has temporarily assumed her cases and docket until a replacement is appointed.
The  **e-mail address** remains as the Coan_Chambers  address  and  **case numbers** will continue to be designated with  -PAC  as the Magistrate Judge initials.

Discussion is held.
It is noted a response to Defendants' motion to compel was not filed.


**It is ORDERED:**       Defendants'   MOTION   TO   COMPEL   PRODUCTION   OF DOCUMENTS   AND   RESPONSES   TO   INTERROGATORIES (Docket No. **46,** Filed December 11, 2006)    is  **GRANTED.**

                        Plaintiff   shall have to and including **JANUARY 26, 2007** within which to fully and precisely  respond to the Defendants' Request for Production of Documents and  Interrogatories.

**It is ORDERED:**       The   SCHEDULING ORDER is modified to extend the following deadlines:

*06-cv-00506-MSK-PAC*
*Motions Hearing*
*January 11, 2007*

        DISCOVERY   DEADLINE   is **extended**   to   **MARCH   15,   2007**
        DISPOSITIVE   MOTIONS   DEADLINE is **extended**    to   **APRIL   15,   2007**

On July 24, 2006,  Magistrate Judge Coan granted Defendants' motion for sanctions and  ordered counsel to attempt to reach an agreement on amounts for sanctions.   No agreement was reached, and  defense counsel filed   their declarations regarding attorneys fees.  Plaintiff filed its objections.

Comments by Mr. Donaldson.  Objections are overruled.

**It is ORDERED:**  **No later than   JANUARY   21,   2007,**    Plaintiff shall pay
        to   Andrew Berger the sum of Three thousand five hundred twenty-five
        dollars   ($3525.00)       and
        to  Edward T.  Ramey   the sum of Four hundred twenty two dollars and fifty
        Cents ($422.50).

The Court reminds Plaintiff that it is possible that an Order to Show Cause,   as to why this case should not be dismissed by the court,   may issue if cooperation is not increased.

HEARING CONCLUDES.

**Court in recess:**  10:44 a.m.
Total In-Court Time:    00:16